IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Williams, Katherine M | Case Number: 06 B 12599 |
| | Judge: Wedoff, Eugene R |
| Printed: 5/6/08 | Filed: 10/3/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Ch 7 Conversion: March 14, 2008
Confirmed: March 8, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 22,811.55 | |
| Secured: | | 16,907.79 |
| Unsecured: | | 0.00 |
| Priority: | | 125.54 |
| Administrative: | | 2,489.00 |
| Trustee Fee: | | 1,099.22 |
| Other Funds: | | 2,190.00 |
| Totals: | 22,811.55 | 22,811.55 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Gleason & MacMaster | Administrative | 2,489.00 | 2,489.00 |
| 2. | America's Servicing Co | Secured | 0.00 | 0.00 |
| 3. | Wilshire Credit Corp | Secured | 0.00 | 0.00 |
| 4. | Cook County Treasurer | Secured | 0.00 | 0.00 |
| 5. | Americredit Financial Ser Inc | Secured | 26,599.89 | 10,892.47 |
| 6. | Internal Revenue Service | Secured | 2,686.65 | 953.52 |
| 7. | Wilshire Credit Corp | Secured | 16,419.61 | 2,724.45 |
| 8. | America's Servicing Co | Secured | 2,337.35 | 2,337.35 |
| 9. | Internal Revenue Service | Priority | 6,851.52 | 125.54 |
| 10. | World Financial Network Nat'l | Unsecured | 530.17 | 0.00 |
| 11. | Nuvell Credit Company LLC | Unsecured | 11,707.31 | 0.00 |
| 12. | AAA Checkmate LLC | Unsecured | 749.85 | 0.00 |
| 13. | ECast Settlement Corp | Unsecured | 2,970.49 | 0.00 |
| 14. | Fingerhut | Unsecured | 662.43 | 0.00 |
| 15. | Premier Bankcard | Unsecured | 437.35 | 0.00 |
| 16. | AmeriCash Loans, LLC | Unsecured | 273.04 | 0.00 |
| 17. | Internal Revenue Service | Unsecured | 1,276.29 | 0.00 |
| 18. | Americredit Financial Ser Inc | Unsecured | 0.00 | 0.00 |
| 19. | Nicor Gas | Unsecured | 1,397.73 | 0.00 |
| 20. | Dependon Collections Service | Unsecured | | No Claim Filed |
| 21. | Credit Processing Center | Unsecured | | No Claim Filed |
| 22. | Cash Transfers Center | Unsecured | | No Claim Filed |
| 23. | Check N Go | Unsecured | | No Claim Filed |
| 24. | Advocate South Suburban Hosp | Unsecured | | No Claim Filed |
| 25. | Columbus Bank & Trust | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Williams, Katherine M | | Case Number: 06 B 12599 |
|---|---|---|---|
| | | | Judge: Wedoff, Eugene R |
| | Printed: 5/6/08 | | Filed: 10/3/06 |

| | | | | |
|---|---|---|---|---|
| 26. | Balaban Furniture Ltd | Unsecured | | No Claim Filed |
| 27. | Cross Country Bank | Unsecured | | No Claim Filed |
| 28. | Dependon Collections Service | Unsecured | | No Claim Filed |
| 29. | Dependon Collections Service | Unsecured | | No Claim Filed |
| 30. | Dependon Collections Service | Unsecured | | No Claim Filed |
| 31. | Dependon Collections Service | Unsecured | | No Claim Filed |
| 32. | First National Bank | Unsecured | | No Claim Filed |
| 33. | Harris & Harris | Unsecured | | No Claim Filed |
| 34. | Dependon Collections Service | Unsecured | | No Claim Filed |
| 35. | Money Market | Unsecured | | No Claim Filed |
| 36. | My Cash Now | Unsecured | | No Claim Filed |
| 37. | Credit Protection Association | Unsecured | | No Claim Filed |
| 38. | Pay Day Loans | Unsecured | | No Claim Filed |
| 39. | Cash Net | Unsecured | | No Claim Filed |
| 40. | Global Financing | Unsecured | | No Claim Filed |
| 41. | Global Financing | Unsecured | | No Claim Filed |

$ 77,388.68          $ 19,522.33

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 114.97 |
| 5.4% | 984.25 |

$ 1,099.22

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

